**United States District Court**
For the Northern District of California

1

2

3    IN THE UNITED STATES DISTRICT COURT
     FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6    MARC OLIN LEVY,                                No. C 10-5113 SI

7              Plaintiff,                           Member Cases:
                                                    No. C-10-5115
                                                    No. C-10-5116
8       v.

                                                    **ORDER ADOPTING REPORT AND**
9                                                   **RECOMMENDATION OF**
     STATE OF CALIFORNIA,                           **MAGISTRATE JUDGE , GRANTING**
10                                                  **LEAVE TO PROCEED IN FORMA**
              Defendant.                            **PAUPERIS, AND DISMISSING**
11   _____/      **COMPLAINTS**

12

13        This Court has reviewed *de novo* plaintiff's application to proceed *in forma pauperis* and has

14   considered the report and recommendation prepared by Magistrate Judge Donna M. Ryu (Docket No.

15   14). This Court fully concurs in Judge Ryu's analysis, and adopts it in its entirety.

16        Plaintiff's application to proceed in forma pauperis is GRANTED. All three of plaintiff's

17   complaints are DISMISSED. The complaint in *Levy v. State of California*, No. C 10-5113, is dismissed

18   with prejudice, as the State of California is not a proper defendant under 42 U.S.C. § 1983. Any claims

19   against judges or against individual attorneys who acted as counsel to Mr. Levy through the San Mateo

20   County Private Defender Program are also dismissed with prejudice. In all other respects, the

21   complaints in *Levy v. Telecare Corporation*, No. C 10-5115, and *Levy v. San Mateo County*, No. C 10-

22   5116, are dismissed without prejudice to plaintiff refiling a § 1983 damages action if and when

23   plaintiff's civil commitment is invalidated and to the extent that plaintiff is able to allege sufficient facts

24   to proceed against properly-named defendants. The Clerk shall close the file.

25        **IT IS SO ORDERED.**

26   Dated: February 10, 2011

27                                                  _____
                                                    SUSAN ILLSTON
28                                                  United States District Judge