IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARC OLIN LEVY,

        Plaintiff,

  v.

STATE OF CALIFORNIA,

        Defendant.
                                         /

No. C 10-5113 SI

Member Cases:
No. C-10-5115
No. C-10-5116

**JUDGMENT**

The complaint in *Levy v. State of California*, No. C 10-5113, is dismissed with prejudice. Any claims against judges or against individual attorneys who acted as counsel to plaintiff through the San Mateo County Private Defender Program are also dismissed with prejudice. In all other respects, the complaints in *Levy v. Telecare Corporation*, No. C 10-5115, and *Levy v. San Mateo County*, No. C 10-5116, are dismissed without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 10, 2011

                                                                    SUSAN ILLSTON
                                                                    United States District Judge